[Nos. 37147-9-I; 37148-7-I.  Division One.  July 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
LAWRENCE DRAKE, *Appellant*.

Appeals from judgments of the Superior Court for What-
com County, Nos. 92-1-00219-4 and 92-1-00486-3, Michael
F. Moynihan, J., entered July 7, 1995. *Affirmed in part*
and *remanded* by unpublished opinion per Webster, J.,
concurred in by Baker, C.J., and Agid, J.

[No. 37169-0-I.  Division One.  July 21, 1997.]

EDWARD W. DUTTON, ET AL., *Appellants*, v.
WASHINGTON PHYSICIANS HEALTH PROGRAM, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-02541-4, John M. Darrah, J., entered
August 3, 1995. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Baker, C.J., and Becker, J. Now
published at 87 Wn. App. 614.

[No. 37599-7-I.  Division One.  July 21, 1997.]

TERRANCE D. LAWSON, *Appellant*, v. THE CITY OF
MUKILTEO, *Respondent*.

Appeal from judgments of the Superior Court for Sno-
homish County, No. 95-2-01927-5, Richard J. Thorpe, J.,
entered June 2, August 4 and October 13, 1995. *Affirmed*
by unpublished opinion per Kennedy, A.C.J., concurred in
by Coleman and Webster, JJ.

[No. 37629-2-I.  Division One.  July 21, 1997.]

JOYCE TRICHAK, *Respondent*, v. GEORGE A. TRICHAK,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88-3-08870-9, Robert S. Lasnik, J., entered
August 29 and October 10, 1995. *Affirmed* by unpublished
opinion per Kennedy, A.C.J., concurred in by Webster and
Ellington, JJ.